Kevin R. Stolworthy, Esq.
Nevada Bar No. 2798
Brandon P. Johansson, Esq.
Nevada Bar No.: 12003
ARMSTRONG TEASDALE, LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone No.: (702) 678-5070
Facsimile No.: (702-) 878-9995
Email: kstolworthy@armstrongteasdale.com
       bjohansson@armstrongteasdale.com

David C. Castleberry
Nevada Bar. No. 8981
MANNING CURTIS BRADSHAW
  & BEDNAR LLC
136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
Telephone No.: (801) 363-5678
Facsimile No.: (801) 364-5678
Email: dcastleberry@mc2b.com

*Attorneys for Defendant Barrick Gold of North America, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIANNE EARDLEY as Trustee of the Bankruptcy Estate of MICHAEL GOLDEN, <br><br> Plaintiff, <br><br> v. <br><br> BARRICK GOLD OF NORTH AMERICA, INC., a foreign corporation, <br><br> Defendant. | CASE NO. 3:13-cv-00653-RCJ-VPC <br><br> **STIPULATED MOTION AND ORDER STAYING CASE PENDING BANKRUPTCY APPROVAL OF THE SETTLEMENT** |

Plaintiff Marianne Eardley as Trustee of the Bankruptcy Estate of Michael Golden (the "Trustee"), and Defendant Barrick Gold of North of America, Inc. ("Barrick") (collectively the "Parties"), by and through their attorneys of record, hereby stipulate and agree, as follows:

WHEREAS, a settlement agreement resolving the issues arising in this case was executed by the Parties on March 16, 2015 (the "Settlement Agreement");

WHEREAS, the Trustee must seek approval of the Settlement Agreement from the bankruptcy court; and

WHEREAS, the Parties wish to stay this action pending approval of the Settlement Agreement by the bankruptcy court in an effort to avoid unnecessarily expending the resources of the Parties and the Court, and in the interests of judicial economy,

IT IS HEREBY STIPULATED AND AGREED, by and between the Trustee and Barrick and subject to Court approval, as follows:

1. The proceedings shall be stayed pending approval of the settlement agreement by the bankruptcy court, and all current deadlines and schedules are hereby stricken.

2. The Parties shall file a Joint Status Report every sixty (60) days with the Court that provides the Court with an up-to-date status and outcome of the above-referenced motion for approval with the bankruptcy court.

3. The Parties shall promptly notify the Court of the outcome of the motion to approve the Settlement Agreement with the bankruptcy court.

4. In the event the bankruptcy court does not approve the settlement and the case must proceed forward, the Parties shall meet and confer and supply the Court with a proposed amended Scheduling Order.

1
2
3
**IT IS SO STIPULATED**
4
DATED this 19th day of March, 2015.   DATED this 19th day of March, 2015.
5
CAVANAUGH-BILL LAW OFFICES, LLC   MANNING CURTIS BRADSHAW & BEDNAR LLC
6
7
By: /s/ Julie Cavanaugh-Bill   By: /s/ David C. Castleberry
    Julie Cavanaugh-Bill       David C. Castleberry
    Henderson Bank Building       Nevada Bar. No. 8981
    401 Railroad Street, Suite 307       136 East South Temple, Suite 1300
    Elko, NV 89801       Salt Lake City, Utah 84111
    Telephone: (775) 753-4357       Telephone No.: (801) 363-5678
    Facsimile: (775) 753-4360       Facsimile No.: (801) 364-5678
    julie@cblawoffices.org       Email: dcastleberry@mc2b.com

*Attorneys for Plaintiff*

Kevin R. Stolworthy, Esq.
Nevada Bar No. 2798
Brandon P. Johansson, Esq.
Nevada Bar No.: 12003
ARMSTRONG TEASDALE, LLP
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone No.: (775) 322-7400
Facsimile No.: (775) 322-9049
Email:
kstolworthy@armstrongteasdale.com
bjohansson@armstrongteasdale.com

*Attorneys for Defendant*
*Barrick Gold of North America, Inc.*

**IT IS SO ORDERED.**
Dated this 27th day of April, 2015.

_____
Honorable Robert C. Jones
U.S. District Court, District of Nevada

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) I certify that on the 19th day of March 2015, a true and correct copy of STIPULATED MOTION AND ORDER STAYING CASE PENDING BANKRUPTCY APPROVAL OF THE SETTLEMENT was transmitted via ECF, to the following:

Julie Cavanaugh-Bill
CAVANAUGH-BILL LAW OFFICES, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
Telephone: (775) 753-4357
Facsimile: (775) 753-4360
julie@cblawoffices.org

*Attorneys for Plaintiff*

/s/ Melissa Aguilar

-4-